**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  11-cr-00200-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  KEVIN R. CLEMMER,

      Defendant.

---

## MINUTE ORDER[1]

---

On **September 15, 2011**, commencing at 11:00 a.m., the court shall conduct a hearing on defendant's **Motion For Revocation of Detention Order and Forthwith Hearing on Motion** [#76][2] filed August 24, 2011.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated: August 25, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#76]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.