# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 11-cr-00200-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KEVIN R. CLEMMER,

    Defendant.

## ORDER GRANTING MOTION FOR REVOCATION
## OF DETENTION ORDER

**Blackburn, J.**

The matter is before me on the defendant's **Motion For Revocation of Detention Order and Forthwith Hearing on Motion** [#76][1] filed August 24, 2011. I grant the motion.

On September 15, 2011, this matter came on for hearing on the defendant's **Motion For Revocation of Detention Order and Forthwith Hearing on Motion** [#76] filed August 24, 2011. The government appeared by Assistant United States Attorney, Zachary Phillips. The defendant, Kevin R. Clemmer, appeared in person together with his Attorney, Mitchell Baker.

During the hearing I took judicial notice of my file and the adjudicative facts educed during the detention hearing conducted by the Honorable Kathleen M. Tafoya, United States magistrate judge for the United States District of Colorado, on May 31,

---

[1] "[#76]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2011. I also received evidence and argument from the government and defense. Having considered carefully all evidence presented, reasons stated, arguments advanced, and authorities cited by the parties in the context of 18 U.S.C. § 3142, I find and conclude ultimately as follows:

1. that the defendant has rebutted the rebuttable presumption of 18 U.S.C. § 4142(e);

2. that the defendant is not a risk to flee and if supervised properly, is not a risk or danger to any person or the community;

3. that there exist conditions that will assure reasonably and adequately that the defendant appear in this court when ordered;

4. that the extant detention order should be vacated; and

5. that the defendant should be admitted to bail secured by an appropriate bond made subject to certain mandatory, standard, and special conditions.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant's **Motion For Revocation of Detention Order and Forthwith Hearing on Motion** [#76] filed August 24, 2011, is **GRANTED**;

2. That the **Order of Detention** [#36] entered May 31, 2011, is **VACATED**;

3. That the defendant, Kevin R. Clemmer, is **ADMITTED** to bail in the amount of $10,000 to be secured by a cash bond;

4. That the defendant, Kevin R. Clemmer, **SHALL BE SUBJECT** to the following conditions of bond:

    a. all mandatory conditions required by law;

      b. all standard conditions in effect in the United States District of Colorado; and

      c. the following special conditions:

          i. The defendant shall not acquire or attempt to acquire a passport;

          ii. The defendant shall not practice medicine without a valid license issued by the State of Colorado;

          iii. The defendant shall relinquish his DEA registration number by September 29, 2011;

          iv. The defendant shall not write or issue or attempt to write or issue any prescription for any drug, medicine, or controlled substance; and

          v. The defendant, at his expense and as directed by his probation officer, shall be subject to in home detention secured by electronic monitoring; provided, furthermore, the defendant shall cooperate fully with his probation officer to facilitate and implement all arrangements and technology necessary to effect in home detention and electronic monitoring and shall remain in or near his place of residence, except for those activities approved by his probation officer.

Dated September 15, 2011, at Denver, Colorado.

                                      **BY THE COURT:**

                                      */s/ Robert E. Blackburn*
                                      Robert E. Blackburn
                                      United States District Judge