**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00200-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    KEVIN R. CLEMMER,

       Defendant.

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT KEVIN R. CLEMMER**

**Blackburn, J.**

The matter is before me on the **United States' Motion for Final Order of Forfeiture as to Defendant Kevin R. Clemmer** [#286][1] filed January 9, 2014. The Court having reviewed said Motion finds and concludes:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853, as set forth in the Indictment returned on May 16, 2011;

THAT a Preliminary Order of Forfeiture was entered on August 22, 2013;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT no Petition for Ancillary Hearing has been filed by any petitioner, and the deadline for so doing has expired; and

---

[1] "[#286]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

1

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

**NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:**

1. That the **United States' Motion for Final Order of Forfeiture as to Defendant Kevin R. Clemmer** [#286] filed January 9, 2014, is **GRANTED**;

2. That judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

   a. 4045 Wadsworth Boulevard, #112, Wheat Ridge, Colorado, 80033, which is more fully described as:

   > Condominium Unit 112, Wadsworth 4045 Condominiums, according to the Condominium Map, recorded on July 26, 2001 at Reception No. F1284435 and Ratification recorded July 26, 2001 at Reception No. F1284437 in the records of the office of the Clerk and Recorder of the county of Jefferson, Colorado, and as defined and described in the Condominium Declarations for Wadsworth 4045 Condominiums, recorded on July 26, 2001 at Reception No. F1284436 in said records, County of Jefferson, State of Colorado;

   b. 1999 Lincoln Continental, VIN: 1LNHM97V7XY693718 seized May 23, 2011 pursuant to Civil Seizure Warrant No. 11-mc-0043;

   c. $6,026.38 in U.S. Currency seized from Vectra Bank on May 23, 2011 pursuant to Civil Seizure Warrant No. 11-mc-0039;

   d. $2,629.28 in U.S. Currency seized from Bank of the West on May 23, 2011 pursuant to Civil Seizure Warrant No. 11-mc-0040;

   e. $1,138.55 in U.S. Currency seized from JP Morgan Chase Bank, N.A. on May 23, 2011 pursuant to Civil Seizure Warrant No. 11-mc-0041;

    f. 2006 Dodge Durango, VIN 1D4HB48266F103555 seized May 23, 2011 pursuant to Civil Seizure Warrant No. 11-mc-0044;

    g. $161,995.00 in U.S. Currency seized from defendant's Vectra Bank safe deposit box on May 23, 2011 pursuant to Search & Seizure Warrant No. 11-sw-5227;

    h. $99,818.00 in U.S. Currency seized on May 23, 2011, from defendant's residence;

    i. $1,157.00 in U.S. Currency seized on May 23, 2011, from defendant's residence;

    j. $1,155.00 in U.S. Currency seized on May 23, 2011, from defendant's residence;

    k. $70.70 in U.S. Currency seized on May 23, 2011 from defendant's office;

    l. $45.00 in U.S. Currency seized on May 23, 2011 from defendant's office;

    m. miscellaneous coins and precious metals seized from defendant's Vectra Bank safe deposit box on May 23, 2011 pursuant to Search & Seizure Warrant No. 11-sw-5227; and

    n. miscellaneous coins and precious metals seized on May 23, 2011, from defendant's residence; and

3.  That the United States shall have full and legal title to the forfeited property pursuant to 21 U.S.C. § 853, and may dispose of it in accordance with law;

Dated January 13, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge

4